```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JEFFREY L. HAIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3363 |
| | ) | |
| v. | ) | |
| | ) | |
| KATCH, LLC, etc., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Following a telephone hearing with counsel this date,

IT IS ORDERED:

1. The order placing this case on an expedited schedule, filing 7, is withdrawn and set aside.

2. The clerk shall send to counsel the court's usual scheduling packet.

3. The plaintiff is given until the close of business on April 29 to file his response to the pending motion for summary judgment, filing 32.

4. The motion to compel, filing 31, will be addressed by a separate order.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge