IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY L. HAIGHT, | ) | CASE NO. 4:04CV3363 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | **ON DEFENDANT'S** |
| | ) | **MOTION TO COMPEL** |
| KATCH, LLC, a Nebraska limited liability company, d/b/a LUCKIE'S LOUNGE & GRILL, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's Motion to Compel filed on March 31, 2005, filing 31, is GRANTED. The Nebraska Department of Labor–Nebraska Workforce Development is hereby ordered to fully respond to the subpoena attached to Defendant's Motion. The claimant's social security number, types of records sought by the Defendant, and period of time the claimant contacted the Department are set forth in the Defendant's subpoena. Such response shall be provided to Defendant's counsel of record within ten (10) days of this Order.

DATE:   April 20, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge