IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA


JEFFREY L. HAIGHT,                      )
                                        )
                  Plaintiff,            )          4:04 CV 3363
                                        )
        v.                              )
                                        )
                                        )
KATCH, LLC, A Nebraska Limited          )     MEMORANDUM AND ORDER
Liability Company, d/b/a LUCKIE'S       )
LOUNGE & GRILL,                         )
                                        )
                  Defendant.            )


     Defendant has filed an application for attorney's fees and
expenses pursuant to my order of April 28, 2005.  Plaintiff has not
responded to the application.  Based on the representations in the
application and the brief and affidavit in support thereof, I
conclude that the amount requested is reasonable.


     Defendant has also requested that sanctions be applied against
the plaintiff his counsel for failing to abide by the previous
order compelling production of documents.  There is no motion
explicitly requesting the imposition of sanctions, however, and
until one is filed, thereby triggering the plaintiff's time for
responding, I think it better not to address the issue at this
time.  Defendant is free to file such a motion separately.


     IT THEREFORE HEREBY IS ORDERED:

     1. The application for fees and expenses is granted, and the
defendant is awarded the sum of $475.50.  Said award is to be paid
by plaintiff and plaintiff's counsel, jointly and severally.

     2.  The clerk is ordered to include the court's award of fees
and expenses occasioned by this order to become a part of the
eventual judgment in the case, unless prior to the entry of

  judgment the clerk is informed in writing that the award has been
paid, accompanied by written proof of payment.


        DATED June 13, 2005

                              BY THE COURT:


                               s/ David L. Piester
                              United States Magistrate Judge