IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUL 14 PM 3:40

_Jeffrey J. Huight_ )
Plaintiff )
) Case Number: 4:04:CV-3363 _BJE_ CLERK
v. )
) **CONSENT TO EXERCISE**
) **OF JURISDICTION BY A**
_Katcln, L.L.C. et al_ ) **UNITED STATES MAGISTRATE JUDGE**
) **AND**
Defendant ) **ORDER OF REFERENCE**

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| _[signature]_ | For _Plaintiff_ | 7-14-05 |
| _Mark Fahn_ | For _DEFENDANT_ | 7-14-05 |
| | For | |
| | For | |
| | For | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Magistrate Judge David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

7/14/05
Date

_[signature]_
United States District Judge
Richard G. Kopf

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.