IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY L. HAIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3363 |
| | ) | |
| v. | ) | |
| | ) | |
| KATCH, LLC, a Nebraska corporation, d/b/a LUCKIE'S LOUNGE & GRILLE, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) ) | |

At the pretrial conference in this case counsel agreed to submit the case on stipulated facts.  Accordingly,

IT IS ORDERED:

1. This case is removed from the trial calendar for July 25, 2005.

2. Counsel shall confer and file their stipulation of facts on or before July 18, 2005.

3. Plaintiff is given until July 29, 2005 to file his brief.

4. Defendant is given until August 12, 2005 to file its brief.

5. Plaintiff is given until August 16, 2005 to file his reply brief.

6. The case will be submitted at the close of this briefing schedule.

7. The plaintiff having now made a settlement proposal, the motion of defendant to compel compliance, filing 69, is denied as moot.

DATED this 15th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge