IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY L. HAIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3363 |
| | ) | |
| v. | ) | |
| | ) | |
| KATCH, L.L.C., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The Withdrawal of Counsel by Robert J. Meyer, filing 78, construed as a motion to withdraw is granted, effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of the motion and this order.

DATED this 15th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge